O

NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> REYCO, SMITH & REYNOLDS EROSION CONTROL, INC., a California corporation, RICK H. REYNOLDS, an individual, <br><br> Defendants. | CASE NO.: ED CV-06-00058 SGL (AJWx) <br><br> ASSIGNED TO THE HONORABLE JUDGE STEPHEN G. LARSON <br><br> **ORDER REGARDING STIPULATION RE: MODIFICATION OF SCHEDULING ORDER** <br><br> Final Pre-Trial Conference Date: <br>    March 30, 2009 <br><br> Trial Date: <br>    April 14, 2009 |

Pursuant to the Stipulation of the Parties, and good cause appearing therefore, IT IS HEREBY ORDERED:

1. That the date for the designation of expert witnesses and exchange of reports per Rule 26(a)(2)(B), is continued from November 17, 2008, to December 15, 2008;

2. That the date for the rebuttal designation of expert witnesses and exchange of reports per Rule 26(a)(2)(B), is continued from November 24, 2008, to December 22, 2008;

3. That the discovery cut-off date is continued from December 22, 2008, to January 19, 2009; and

///

///

///

169426.1

4. That the non-discovery motion hearing cut-off date be continued from February 2, 2009, to March 2, 2009, at 10:00 a.m., in Courtroom One of this Court.

NOTE: CHANGES MADE BY THE COURT

Dated: November 09, 2008

*[signature]*

UNITED STATES DISTRICT COURT JUDGE

Presented by:

LAQUER, URBAN, CLIFFORD & HODGE LLP

By: *Susan Graham Lovelace*
     Susan Graham Lovelace
     Counsel for Plaintiffs

169426.1