JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>REYCO, SMITH & REYNOLDS EROSION CONTROL, INC., a California corporation, RICK H. REYNOLDS, an individual,<br><br>Defendants. | CASE NO.: ED CV-06-00058 SGL (AJWx)<br><br>ASSIGNED TO THE HONORABLE STEPHEN G. LARSON<br><br>[~~PROPOSED~~] JUDGMENT |

///
///
///
///
///
///
///
///
///

- 1 -
[PROPOSED] JUDGMENT

212721.2

1   Upon application by plaintiffs herein for a default judgment pursuant to FED.
2   RULES CIV. PROC. 55(b), and it appearing to the Court that the default of defendant
3   Reyco, Smith & Reynolds Erosion Control, Inc., a California corporation was entered
4   on April 30, 2009 in the office of the Clerk of this Court; and that no proceedings
5   have been taken by the defendants since default was entered, and for good cause
6   shown,

7   **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the
8   plaintiffs, Trustees of the Southern California Pipe Trades Health and Welfare Trust
9   Fund; Trustees of the Southern California Pipe Trades Retirement Trust Fund;
10  Trustees of the Southern California Pipe Trades Defined Contribution Trust Fund;
11  Trustees of the Southern California Pipe Trades Vacation and Holiday Trust Fund;
12  Trustees of the Southern California Pipe Trades Christmas Bonus Fund; Trustees of
13  the Apprentice and Journeyman Training Trust Fund; Trustees of the Plumbers and
14  Pipefitters National Pension Fund; and Trustees of the International Training Fund,
15  shall recover from defendant Reyco, Smith & Reynolds Erosion Control, Inc., the
16  principal amount of $156,051.73, attorney's fees in the amount of $135,645.00, and
17  costs of suit in the amount of $13,882.53, together with post-judgment interest as
18  provided by law.

20  DATED: 8-3-09

    _____
    UNITED STATES DISTRICT JUDGE

22  Respectfully Submitted By:
23  LAQUER, URBAN, CLIFFORD & HODGE LLP

25  By: /S/ Emily Zung Manninger
        EMILY ZUNG MANNINGER
26  Counsel for Plaintiffs, the Trustees of the Southern
27  California Pipe Trades Health and Welfare Trust Fund, et al.